# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# DELTA DIVISION

**DESTINY HARRELL** *et al.*                                                                 **PLAINTIFFS**

v.                          **CASE NO. 2:22-CV-00128-BSM**

**FEDEX GROUND PACKAGE
SYSTEM INC,** *et al.*                                                                        **DEFENDANTS**

## ORDER

Pursuant to the parties' joint stipulation of dismissal [Doc. No. 9], this case is dismissed with prejudice.

IT IS SO ORDERED this 14th day of November, 2022.

_____
UNITED STATES DISTRICT JUDGE